In re:     Case No. 24-30028-thp
Michael Allan Adamson     Chapter 7
Shelby Ann Adamson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0979-3     User: Admin.     Page 1 of 2
Date Rcvd: Jan 05, 2024     Form ID: 309A     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Allan Adamson, Shelby Ann Adamson, 44816 SE Tumala Mountain RD, Estacada, OR 97023-7531 |
| 102556897 | | Aspen Dental, Attn. Bankruptcy, 2400 OR-99W, McMinnville, OR 97128 |
| 102556910 | + | Operating Engineers FCU, Attn: Bankruptcy, 1620 South Loop Rd, Alameda, CA 94502-7085 |
| 102556911 | + | Portland General, Attn. Bankruptcy, P.O Box 4438, Portland, OR 97208-4438 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dthorson@recoverylawgroup.com | Jan 06 2024 02:26:00 | DEVON THORSON, Recovery Law Group, 10260 SW Greensburg Road, Ste 4th Floor, Portland, OR 97223 |
| tr | | EDI: FCAMBORN | Jan 06 2024 05:47:00 | Candace Amborn, POB 580, Medford, OR 97501-0214 |
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Jan 06 2024 02:27:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | Jan 06 2024 05:47:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Jan 06 2024 02:27:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | Jan 06 2024 00:48:36 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| ust | + | Email/Text: ustpregion18.pl.ecf@usdoj.gov | Jan 06 2024 02:27:00 | US Trustee, Portland, 1220 SW 3rd Ave., Rm. 315, Portland, OR 97204-2829 |
| 102556898 | | EDI: CINGMIDLAND.COM | Jan 06 2024 05:47:00 | AT&T, Attn. Bankruptcy, PO Box 6416, Carol Stream, IL 60197-6416 |
| 102556895 | + | Email/Text: bankruptcynotices@aarons.com | Jan 06 2024 02:27:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy Se, Suite 300, Atlanta, GA 30339-3182 |
| 102556896 | + | Email/PDF: bncnotices@becket-lee.com | Jan 06 2024 03:31:59 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 102556900 | + | Email/Text: bankruptcy@avidac.com | Jan 06 2024 02:27:00 | Avid Acceptance, Attn: Bankruptcy, Po Box 734528, Dallas, TX 75373-4528 |
| 102556901 | + | EDI: CAPITALONE.COM | Jan 06 2024 05:47:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 102556902 | ^ | MEBN | Jan 06 2024 00:48:28 | Chime/Stride Bank, Po Box 417, San Francisco, CA 94104-0417 |

| | | | | |
|---|---|---|---|---|
| 102556903 | + | EDI: CCS.COM | Jan 06 2024 05:47:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 102556904 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2024 03:43:24 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 102556905 | + | EDI: JEFFERSONCAP.COM | Jan 06 2024 05:47:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 102556906 | + | Email/Text: bankruptcy@kikoff.com | Jan 06 2024 02:27:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 102556907 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2024 03:31:26 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 102556908 |   | Email/Text: EBN@Mohela.com | Jan 06 2024 02:27:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 102556909 | + | EDI: NAVIENTFKASMSERV.COM | Jan 06 2024 05:47:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 102556912 | ^ | MEBN | Jan 06 2024 00:48:14 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 102556914 | + | Email/Text: customerservice@rfgionline.com | Jan 06 2024 02:27:00 | RFGI, Attn: Bankruptcy, Po Box 537, Sycamore, IL 60178-0537 |
| 102556913 | ^ | MEBN | Jan 06 2024 00:48:11 | Receivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 102556899 |   | Email/Text: bankruptcy@self.inc | Jan 06 2024 02:27:00 | Atlantic Capital Bank, Attn: Bankruptcy, 945 East Paces Ferry Road, 16th Floor, Atlanta, GA 30326 |
| 102556915 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 06 2024 02:27:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024    Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| Debtor 1: | Michael Allan Adamson<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8232<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Shelby Ann Adamson<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7454<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Oregon | Date case filed for chapter: 7   1/4/24 |
| Case number: | 24–30028–thp7 | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Allan Adamson | Shelby Ann Adamson |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 44816 SE Tumala Mountain RD<br>Estacada, OR 97023 | 44816 SE Tumala Mountain RD<br>Estacada, OR 97023 |
| 4. | **Debtor's attorney**<br>Name and address | DEVON THORSON<br>Recovery Law Group<br>10260 SW Greensburg Road<br>Ste 4th Floor<br>Portland, OR 97223 | Contact phone 323–320–4747 |
| 5. | **Bankruptcy trustee**<br>Name and address | Candace Amborn<br>POB 580<br>Medford, OR 97501–0214 | Contact phone (541) 858–9591 |

**For more information, see pages 2 & 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| Debtor **Michael Allan Adamson** and **Shelby Ann Adamson** | | Case number **24–30028–thp7** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office** | 1050 SW 6th Ave. #700<br>Portland, OR 97204 | Office Hours 9:00 a.m. – 4:30 p.m. |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 503–326–1500<br><br>Date: 1/4/24 |
| 7. | **Meeting of creditors** | **February 1, 2024 at 08:30 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. Debtors must also provide proof of reported social security numbers (for example, social security card; medical insurance card; pay stub; W–2 form; IRS form 1099; or Social Security Admin.report). | **Telephone 341 meeting. Dial 877–260–5738, and enter passcode 1490579.** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. See line 13 for other important deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/1/24** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

| 13. | **Notices Re Proposed Dismissal of Case/Undue Hardship Presumption; and Abandonment of Debtor's Residence (Real Property)** | This case may be dismissed without further prior notice if the debtors fail to complete the meeting of creditors, timely file any documents, or make fee payments ordered by the Court, unless within 21 days of the date in line 6 a party in interest files a written objection to dismissal, setting forth specific grounds, with the Court and sends copies to the debtors' attorney (or debtors if pro se) and trustee.<br><br>Any presumption of undue hardship that may exist in a reaffirmation agreement filed by the debtors shall remain in effect until the effective date of any discharge order entered in this case unless a party in interest objects by **4/1/24**.<br><br>At least 7 days prior to the date set in line 7 for the meeting of creditors, any party in interest who objects to abandonment of the debtors' residence (real property) must file with the Court a written objection and serve a copy on the debtors and debtors' attorney. If no timely objection is filed, the trustee can abandon the property upon request of the debtors or mortgage creditor without any further notice requirement. Mortgage creditors are authorized to negotiate a loan modification with a debtor either before or after the meeting of creditors, but any modification reached cannot become effective until the property is abandoned. Mortgage creditors may use the procedure outlined in LBF 751.7, available at https://www.orb.uscourts.gov, to obtain such abandonment. A creditor's contact with the debtors and/or debtors' attorney to seek, negotiate, and implement a modification shall be considered neither a violation of the automatic stay of 11 USC § 362 nor a violation of the discharge injunction of § 524. Negotiations with represented debtors must be with debtors' counsel who may consent to the creditor communicating directly with the debtors. |
| --- | --- | --- |
| 14. | **Trustee Appointment** | The trustee named above is hereby appointed as interim trustee in this case. The trustee's bond shall be the blanket bond previously approved and filed with the U.S. Bankruptcy Court Clerk. UNITED STATES TRUSTEE |
| 15. | **Court Information and Legal Advice** | Court information is available at https://www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **3**